IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| MELINDA HAMILTON, and KAREN HARDAWAY, Individually and on behalf of all other similarly situated current and former employees,<br><br>          Plaintiffs,<br><br>vs.<br><br>SCANSOURCE, INC., a South Carolina Corporation, SCANSOURCE COMMUNICATIONS, INC., a South Carolina Corporation and 8650 COMMERCE DRIVE, LLC, a Mississippi Limited Liability Company,<br><br>          Defendant. | Civil Action No. 3:16-CV-244-MPM-RP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties and their respective counsel that the above captioned case is hereby voluntarily dismissed, with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii).

Dated this the 23rd day of March, 2017.

                        Respectfully submitted,

                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                        s/***M. Kimberly Hodges***
                        M. Kimberly Hodges (MS BPR#100276)
                        Thomas L. Henderson (TN BPR#11526)
                        Thomas A. Bright (Fed. ID #1476)

                        ***Attorneys for Defendants***

International Place, Tower II
6410 Poplar Avenue
Suite 300
Memphis, TN 38119
901.767.6160
901.767.7411
Kim.hodges@ogletreedeakins.com
thomas.henderson@ogletreedeakins.com
thomas.bright@ogletreedeakins.com

                        JACKSON SHIELDS YEISER & HOLT

                        J. Russ Bryant (TN BPR #33830)
                        Gordon E. Jackson (TN BPR #08323)
                        James L. Holt, Jr. (TN BPR #12123)
                        Paula R. Jackson (TN BPR #20149)
                        ***Attorneys for Plaintiffs***

262 German Oak Drive
Memphis, Tennessee 38018
901.754.8001
901.759.1745
rbryant@jsyc.com
gjackson@jsyc.com
jholt@jsyc.com
pjackson@jsyc.com

                        &

                        GLANKLER BROWN, PLLC

                        s/***Ryan M. Skertich***
                        Ryan M. Skertich (MS #103289)
                        ***Attorneys for Plaintiffs***

6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
901.525.1322
901.525.2389
rskertich@glankler.com